664 A.2d 493

IN THE MATTER OF LAWRENCE S. GROSSMAN,
AN ATTORNEY AT LAW.

September 27, 1995.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **LAWRENCE S. GROSSMAN** of **MORGAN-VILLE,** who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of three months effective June 1, 1995, by Order of this Court dated May 5, 1995, be restored to the practice of law, effective immediately.